Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Kenneth Dean Samples | § | Case No. 10-70031-13 |
| | § | Chapter 13 |
| Debtor | § | |

### DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtor, by counsel, and for this Motion state as follows:

1. Debtor filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 05-71139-HDH-13 filed on 10/14/2005.

3. Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor's prior case was dismissed for: Loss of income. Debtor's employer reduced hours allowed to work weekly and no overtime.

5. The following changes of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully: Debtor's new plan payment was lowered and the payment will be deducted from his weekly pay check.

WHEREFORE, Debtor requests this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,
/s/Monte J. White
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on January 28, 2010 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor

Case 10-70031-hdh13 Doc 6 Filed 01/28/10 Entered 01/28/10 12:50:31 Desc Main
Document Page 3 of 3

Debtor(s): Kenneth Dean Samples

Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
01/28/2010 12:15:36pm
WICHITA FALLS DIVISION

Bank of America
PO Box 26012
Greensboro, NC 27420

eCast Settlelment Corp/Sam's Cl
PO Box 35480
Newark, NJ 07193-5480

Wichita Falls Teacher's Credit U
3001 Carter Avenue
Wichita Falls, TX 76308

Bank of America
PO Box 15026
Wilmington, DE 19850

eCast Settlement Corp/Chase
PO Box 35480
Newark, NJ 07193-5480

Barclays Bank Delaware
PO Box 8833
Wilmington, DE 19899

Gasoline Gas Card
PO Box 689151
Des Moines, IA 50368-9151

Capital One Bank
c/o TSYS Debt Mgmt
PO Box 5155
Norcross, GA 30091

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Chase
PO Box 15298
Wilmington, DE 19850-5298

Jeanne Samples
2811 McGaha
Wichita Falls, TX 76308

City of WF, WFISD, Wichita Count
c/o Perdue Brandon Fielder Coll
P.O. Box 8188
Wichita Falls, Texas 76307

Kell West Family Practice
5500 Kell West Blvd., Ste 400
Wichita Falls, TX 76310-1612

Client Services, Inc./Discover
3451 Harry Truman Blvd
St. Charles, MO 63301-4047

LVNV Funding LLC/Chase
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Discover Financial Services
PO Box 8003
Hillard, OH 43206

LVNV Funding LLC/Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

eCast Settlelment Corp/Chase
PO Box 35480
Newark, NJ 07193-5480

LVNV Funding LLC/Citibank Sears
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

eCast Settlelment Corp/JC Penne
PO Box 35480
Newark, NJ 07193-5480

LVNV Funding LLC/Citibank Texac
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587